UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.07-13132
HON. PATRICK J. DUGGAN

FIRST PRESBYTERIAN CHURCH OF YPSILANTI,

    Plaintiff(s),

-v-

H.A. HOWELL PIPE ORGANS, INC.,ET.AL,

    Defendant(s).
_____/

## ORDER SETTING ASIDE ENTRY OF DEFAULT

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on February 5, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The Defendants having filed a Motion to Set Aside Entry of Default and no response having been filed; therefore

IT IS ORDERED that the entry of default as to defendants H.A. Howell Pipe Organs, Inc., and Timothy E. Boles entered in this case be and hereby is **SET ASIDE.** The defendants shall file their answer within 15 days of this order.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: February 5, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 5, 2008, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager