UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 07-13132

FIRST PRESBYTERIAN CHURCH OF YPSILANTI,

-V-

H.A. HOWELL PIPE ORGANS, INC., ET.AL,

    Defendant(s).
_____/

### ORDER GRANTING MOTION

At a session of said Court, held in the U.S. District Courthouse, Eastern District of Michigan, on November 19, 2008.

This matter is before the Court on Plaintiff's Motion for Leave to File Amended Complaint. For the reasons stated on the record on November 19, 2008;

IT IS ORDERED that the Motion for Leave to file Amended Complaint be and the same is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff file the amended complaint within ten days.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: November 19, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 19, 2008, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager