UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST PRESBYTERIAN CHURCH,

    Plaintiff,

vs.

H. A. HOWELL PIPE ORGANS, INC., an
Illinois corporation; TIMOTHY E. BOLES,
an Illinois resident and CURT SCHMIDT,
an Illinois resident, and R. KARSTENS
ORGAN WORKS, LTD., an Illinois corporation.

    Defendants.

Case No. 2:07-cv-13132
Hon. Patrick J. Duggan
Magistrate Virginia M. Morgan

_____

## **STIPULATION AND ORDER RE: SUBSTITUTION OF COUNSEL**

TO:    Counsel of Record
         Clerk of the Court

    I, Barbara J. Sullivan, hereby replace Eric Scheible as counsel for the Defendant R. Karstens Organ Works, Ltd., only, in the above-captioned matter.

                        s/Barbara J. Sullivan w/permission EDS

                        B. J. Sullivan and Associates
                        30 W. Monroe Street, Suite 800
                        Chicago, IL 60603-2424
                        barbara@bjsullivanandassociates.com
                        (312) 263-1173

## **CONSENT**

I consent to the substitution of the above attorney in this case.

                                      s/ Eric D. Scheible

                                      FRASCO CAPONIGRO
                                      WINEMAN & SCHEIBLE, PLLC
                                      1668 Telegraph Road, Suite 200
                                      Bloomfield Hills, MI  48302
                                      (248) 334-6767
                                      es@frascap.com
                                      MI Bar No. P54174


## **ORDER**

IT IS SO ORDERED.

               s/Patrick J. Duggan
               Patrick J. Duggan
               United States District Judge

Dated: March 19, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2009, by electronic and/or ordinary mail.

               s/Marilyn Orem
               Case Manager