UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF JULY AND
AUGUST, 2009, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the  months of July and August,
2009.  Counsel will be notified when their case reaches No. 5.  After such notice, counsel
should be prepared to begin trial any time on **48 hours notice**.  It is counsel's responsibility
in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-
5147, to ascertain the status of the trial docket.   Unless otherwise notified, this Court
commences trial at 8:45 a.m.  PLEASE BE PROMPT!

1.  08-14750 CBS OUTDOOR V. CITY OF EASTPOINTE
2.  08-14320 HEALY V. SEARS, ROBUCK & CO.
3.  08-12929 CYRS V. PEAKE
4.  08-13158 LOCAL 324 PENSION FUND, ET.AL V. WEST MICHIGAN EARTH
            MANAGEMENT, ET. AL
5.  08-14793 COLMAR USA V. SOMMA
6.  09-10033 SALEH V. HOME LOAN SERVICES
7.  08-13501 HOWARD   V. WAYNE COUNTY SHERIFF'S OFFICE, ET.AL
8.  07-13132 FIRST PRESBYTERIAN CHURCH V. H.A.HOWELL PIPE ORGANS, ET.AL
9.  08-11326 MAXWELL V. DODD, ET.AL
10. 08-14467 FLANAGAN V. STEWART, ET.AL


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge


Dated:  June 9, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record
on June 9, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL
PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL
CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 10 DAYS AFTER ANY
DECISION ON SUCH MOTION.**