UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST PRESBYTERIAN CHURCH OF
YPSILANTI,

    Plaintiff,

v.

H.A. HOWELL PIPE ORGANS, INC.,
TIMOTHY E. BOLES, CURTIS G.
SCHMIDT, and R. KARSTENS
ORGANWORKS, LTD,

    Defendants.
_____/

Case No. 07-13132

Honorable Patrick J. Duggan

## OPINION AND ORDER

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on September 28, 2009.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                  U.S. DISTRICT COURT JUDGE

This matter is before the Court on Plaintiff's "Motion Under Rule 56(f) for an Order that a Ruling on Defendants' Pending Motions for Summary Judgment Will Await and Consider Certain Deposition Testimony and Affidavits," filed on September 18, 2009. On September 28, 2009, the Court held a conference call with counsel regarding the motion. Pursuant that discussion:

**IT IS ORDERED** that Plaintiff shall retake the discovery deposition of **RANDALL KARSTENS**.

**IT IS FURTHER ORDERED** that Plaintiff may take a discovery deposition of **FATHER PIZZO**.

**IT IS FURTHER ORDERED** that Plaintiff may supplement its responses to the pending motions for summary judgment within **14 DAYS** of the later of the aforementioned depositions.

**IT IS FURTHER ORDERED** that Defendants may supplement their replies to the pending motions for summary judgment within **7 DAYS** of Plaintiff's supplemental responses.

            s/PATRICK J. DUGGAN
            UNITED STATES DISTRICT JUDGE

Copies to:
Gary W. Faria, Esq.
Jennifer Boueri Chilson, Esq.
Thomas M. Schehr, Esq.
Eric D. Scheible, Esq.
Barbara J. Sullivan, Esq.