# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FIRST PRESBYTERIAN CHURCH OF
YPSILANTI, a Michigan corporation,

    Plaintiff,

vs.

H. A. HOWELL PIPE ORGANS, INC., an
Illinois corporation; TIMOTHY E. BOLES,
an Illinois resident and CURT SCHMITT,
an Illinois resident, and R. KARSTENS
ORGAN WORKS, LTD., an Illinois
corporation,

    Defendants.

Case No. 2:07-cv-13132

Honorable Patrick J. Duggan

Magistrate Judge Virginia M. Morgan

---

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED between the parties, through their respective counsel, to the entry of the attached order dismissing this matter without prejudice and tolling the statute of limitations on all claims pending entry of a Stipulated Order of Dismissal With Prejudice.

SO STIPULATED:

/s/Gary W. Faria w/permission EDS
Gary W. Faria
Ufer & Spaniola, P.C.
Attorneys for Plaintiffs

/s/Thomas M. Schehr w/permission EDS
Thomas M. Schehr
Dykema Gossett PLLC
Attorneys for Defendants Howell and Boles

/s/Eric D. Scheible
Eric D. Scheible
Frasco Caponigro Wineman & Scheible, PLLC
Attorneys for Defendant Schmitt

/s/Barbara J. Sullivan w/permission EDS
Barbara J. Sullivan
B.J. Sullivan and Associates
Attorneys for Defendant Karstens

**ORDER**

This matter having come before the Court on the stipulation of the parties, and the Court being advised in the premises;

IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the statute of limitations for all claims is tolled pending entry of a Stipulated Order of Dismissal With Prejudice.

                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated: April 12, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on ,by electronic and/or ordinary mail.

                        s/Marilyn Orem
                        Case Manager